UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>KAWISH LLC,<br><br>　　　　　Debtor. | Case No. 12-19059-MLB<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR SPECIAL NOTICE<br>FOR 395 LAMPE, LLC AND<br>PRIM 1998 REVOCABLE TRUST |

TO:　　　　All Parties and Counsel;

AND TO:　　The Clerk of Court

　　　PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned attorneys are appearing on behalf of 395 Lampe, LLC and the Prim 1998 Revocable Trust.

　　　YOU ARE REQUESTED to serve all notices, including notices required to be sent to creditors under Fed. R. Bankr. P. 2002, 4001 and 9007, on the following, who consent to email service and ECF service, at the addresses below:

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE – 1

87263-0001/LEGAL24821409.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 12-19059-MLB    Doc 28    Filed 10/09/12    Ent. 10/09/12 16:01:59    Pg. 1 of 2

| Brian A. Jennings | Mark H. Gunderson | Austin K. Sweet |
|---|---|---|
| Perkins Coie LLP | Gunderson Law Firm | Gunderson Law Firm |
| 1201 Third Avenue, Suite 4800 | 3895 Warren Way | 3895 Warren Way |
| Seattle, WA 98101-3099 | Reno, NV 89509 | Reno, NV 89509 |
| BJennings@perkinscoie.com | MGunderson@gundersonlaw.com | ASweet@gundersonlaw.com |

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, includes pleadings or papers seeking relief from stay, assumption or rejection of an executory contract or unexpired lease, or abandonment of an asset of the Debtor, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, operating reports, whether directed to parties in interest generally or specifically. This request applies to documents served both before and after the last date upon which a proof of claim may be filed.

The Clerk of the Bankruptcy Court is further requested to add these names and addresses to the master mailing list in this case.

DATED: October 9, 2012

**PERKINS COIE LLP**

By: */s/ Brian A. Jennings*
    Brian A. Jennings, WSBA No. 32509
    BJennings@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Creditors 395 Lampe, LLC and Prim 1988 Revocable Trust*

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE – 2

87263-0001/LEGAL24821409.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 12-19059-MLB    Doc 28    Filed 10/09/12    Ent. 10/09/12 16:01:59    Pg. 2 of 2