UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

KAWISH LLC,

Debtor.

Case No. 12-19059-MLB

ORDER GRANTING
PRO HAC VICE APPLICATION OF
AUSTIN K. SWEET

This matter came before the court on the Application for Leave to Appear Pro Hac Vice, (the "Application") submitted by Austin K. Sweet, seeking permission to appear and participate as counsel for 395 Lampe, LLC, and Prim 1988 Revocable Trust in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application be GRANTED.

/// END OF ORDER ///

Presented by:

PERKINS COIE LLP

By: /s/ *Brian A. Jennings*
 Brian A. Jennings, WSBA No. 32509
 Attorneys for 395 Lampe, LLC, and
 Prim 1988 Revocable Trust

ORDER GRANTING PRO HAC VICE
APPLICATION – 1

87263-0001/LEGAL24822445.1
10/3/12