UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>KAWISH LLC,<br><br>            Debtor. | Case No. 12-19059-MLB<br><br>ORDER GRANTING<br>PRO HAC VICE APPLICATION OF<br>MARK H. GUNDERSON |

This matter came before the court on the Application for Leave to Appear Pro Hac Vice, (the "Application") submitted by Mark H. Gunderson, seeking permission to appear and participate as counsel for 395 Lampe, LLC, and Prim 1988 Revocable Trust in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application be GRANTED.

/// END OF ORDER ///

Presented by:

PERKINS COIE LLP

By: /s/ *Brian A. Jennings*
    Brian A. Jennings, WSBA No. 32509
    Attorneys for 395 Lampe, LLC, and
    Prim 1988 Revocable Trust

ORDER GRANTING PRO HAC VICE
APPLICATION – 1

87263-0001/LEGAL24822240.1
10/3/12

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000